# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANDREW COLLINS, AS EXECUTOR OF
THE ESTATE OF RICHARD A. COLLINS,
DECEASED

v.

MANOR CARE OF LANCASTER, PA, LLC
D/B/A MANORCARE HEALTH
SERVICES-LANCASTER, HCR MANOR
CARE, INC., HCR HEALTHCARE, LLC,
HCR HEALTHCARE II, LLC, HCR
HEALTHCARE III, LLC, MANORCARE
HEALTH SERVICES, INC., MANOR
CARE, INC., LANCASTER GENERAL
REHABILITATION SERVICES, INC.,
D/B/A LANCASTER REHABILITATION
HOSPITAL, LLP, CRH OF LANCASTER,
LLC, AND LANCASTER GENERAL
HEALTH


PETITION OF: MANOR CARE OF
LANCASTER, PA, LLC D/B/A
MANORCARE HEALTH SERVICES-
LANCASTER, HCR MANOR CARE, INC.,
HCR HEALTHCARE, LLC, HCR
HEALTHCARE II, LLC, HCR
HEALTHCARE III, LLC, MANORCARE
HEALTH SERVICES, INC., MANOR
CARE, INC.

:  No. 550 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the **Unpublished Judgment Order and**
:  **Order** of the Superior Court at No. 762
:  MDA 2014 entered on June 18, 2015,
:  **affirming** the Order of the Lancaster
:  County Court of Common Pleas at No.
:  12-15908 entered on April 4, 2014

## ORDER

**PER CURIAM**                                           DECIDED:  November 15, 2016

   **AND  NOW**,  this  15th  day  of  November,  2016,  the  Petition  for  Allowance  of

Appeal is **GRANTED**.  The Superior Court's order is **VACATED**, and the matter is

**REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*, ___ A.3d ___, 2016 WL 5630669 (Pa. Sept. 28, 2016).